# EXHIBIT A

061107-2380100                                                              User: HK

```
            To: sysop <>
          From:  <>
       Subject: 3 pages
          Date: 6/11/2007 4:04:04 PM    (printed 7/18/2007 1:33:38 PM)
JUN-12-2007 04:11 AM                                                     P.01
```

2007-06-07 14:15        ASC Houston   (713)600-7601>>                      P 6/10

# AMERICAN SHIPPING AND CHARTERING

Liner Services
Chartering

Logistics
Ship Agency

June 5, 2007 - 18:00 hrs. CDT

**Fax #: 00001-DB**

To   :  Murphy Bros International Exposition Inc
Attn :  Gerald L. Murphy

Pls find revised contract as follows, all pages to be initialed on the
right hand corner of each page by both parties including attached
packing list;

- Shipper Murphy Brothers International Exposition, Inc
- Cargo Max 55 Carnival Rides total 6800 cbm (Max) Plus Max 11 x 40ft
  (Shipper owned containers)
- All containers to be stackable and ISO certified for Ocean
  Transportation( ALL CARGO NON-hAZ)
- All cargo details as per attached list
- Vessel M/V Hai an Cheng
- Load Port : Dalian , China (Carriers berth)
- Disch Port : Houston, Tx   (Carriers berth)
- Shipping Period June 18th / June 19th
- Vessel to sail directly from Dalian / Houston with an approx
  transit time of 35/40 days all going well , weather permitting.
- Ocean freight rate: USD 1,150,000.00 (Based on a max of 55 units
  Totaling a max of 6800 cbm plus a max 11 x 40ft
  (Shipper owned 40ft containers)
- Any additional pieces over and above 55 Carnival rides -
  max 6800 cbm will be rated on a pro-rata basis.

- Any additional containers over 11x 40ft will be rated at
  USD 5500.00 Per unit
- Freight to include the following services from delivery of cargo
  By the Merchant to (Dalian Port / Terminal)
  Any terminal charges, including wharfage landing , storage,
  receiving, delivering all moving of equipment from the port holding
  areas to the ship , loading and unloading any stevedoring charges
  on and off the ship , cranes or forklifts and trucks used in loading
  and unloading equipment, any and all port charges.

                                    Murphy Brothers International
                                    Exposition, Inc.

 

1990 POST OAK BOULEVARD, SUITE 1330 · HOUSTON, TEXAS 77056 (U.S.A.)
TELEPHONE: (713) 600-7600 · FAX (713) 600-7601 · TELEX 149168 A S C HOU
E-MAIL: Asales@AMERICANSHIPPING.COM · WWW.AMERICANSHIPPING.COM

TOTAL PAGES INCLUDING THIS 3

## Page 2 of 5

- During continuos loading and unloading and no stoppages whatsoever there will be no detention applicable .

- All cargo except containers to be stowed below deck based on attached packing list

- Shipping company will be responsible for the miscellaneous equipment required for loading and off loading the Carnival equipment from the vessel ie (Spreader bars , lifting nets, chains, special rigging or any adjustment to lifting equipment necessary)

Detention Clause
--------------------

- Vessel will present itself for loading at the port of Dalian on June 18th , 2007. Should cargo not be available for the vessel to begin loading at 0800am on June 18th , 2007 , vessel will automatically be on detention. Should all cargo be delivered to the terminal in Dalian but due to either cargo not being Customs cleared or should any liens be connected with the cargo causing cargo to be delayed from loading on the vessel will automatically go on detention until loading is resumed.

- Detention rate USD25,000 Per day or pro-rata

- From place of rest in Dalian terminal to under ships hook should any delays from this point occur due to no fault of the cargo ie delays by stevardoring company in Dalian then no detention will be applicable to the Merchant based on this type of delay in bringing cargo to under ships hook in Dalian linked with the cargo

- Freight deemed earned pro-rata as cargo being loaded onboard discountless and non-returnable ship or cargo lost or not lost.
- Bills of Lading should be marked " ALL TERMS/CONDITIONS EXCLUSIONS of this contract to be fully incorporated into the Bill of Lading

Murphy Brothers International
Exposition, Inc

Page 3 of 5

- Goods to be delivered and packed in a seaworthy condition
- 50 Percent of freight to be paid upon ship sailing form the
  Port of Dalian. Remaining 50 percent of freight to be paid 10
  bis prior to the arrival of vessel at the port of  Houston.
  Bills of lading to be released and signed once all ocean freight has
  been received in our nominated bank account.
- Carriers bill of lading to used
- Full dead freight to be charges if full cargo of 55 units (6800 cbm)
  Min and min 11 x 40ft (Shipper owned containers) if cargo
  not shipped. Dead freight amount of usd 1,150,000.00 to be paid in
  full to American Shipping And Chartering

Best regards           Murphy Brothers International Exposition, Inc

David Bernstein                Gerald L.Murphy

Vice President Sales
American Shipping And Chartering
Houston , Tx