# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AMERICAN SHIPPING AND CHARTERING | § § § | |
| v. | § § § | C.A. NO. _____ (ADMIRALTY) Rule 9(h) |
| 68 TOTAL PACKAGES OF CARNIVAL EQUIPMENT, *in rem* | § § § | |

## AFFIDAVIT

| | |
|---|---|
| THE STATE OF TEXAS | § § |
| COUNTY OF HARRIS | § |

BEFORE ME, the undersigned authority, on this day personally appeared <u>HANS KNICKREHM</u> known to me to be the person making this Affidavit, and first being duly sworn upon his oath, deposed and said:

1. My name is HANS KNICKREHM, I am over 18 years of age, have never been convicted of a felony, and I am fully competent to voluntarily make this Affidavit. I have personal knowledge and belief of the facts contained herein as being true and correct.

2. I am the President and CEO of AMERICAN SHIPPING AND CHARTERING in the matter described in the foregoing Complaint.

3. I have reviewed the allegations contained in the foregoing Complaint, and the same are true and correct to the best of my knowledge, information, and belief.

4. Invoice No. 7076-DB in the amount of $1,217,920.48 attached hereto as Exhibit "1" is a true and correct copy and accurately reflects the amount due and owing by Murphy Brothers International Exposition, Inc. for transport and carriage of the referenced 68 Total Packages of Carnival Equipment ("Defendant cargo").

FURTHER AFFIANT SAYETH NOT.

**HANS KNICKREHM**

Subscribed and sworn to before me on this /6th day of August, 2007, to certify which witness my hand and official seal.



Notary Public in and for
the State of Texas
My Commission Expires: 02-07-09



# AMERICAN SHIPPING AND CHARTERING

1990 Post Oak Boulevard, Suite 1350  Phone: (713)600-7600
Houston, Texas 77056  FAX: (713) 877-8443

DATE: July 18, 2007

INVOICE NO. 7076-DB

TO: MURPHY BROTHERS INTERNATIONAL EXPOSITION, INC.
P.O. Box 4696
Tulsa, OK 74159
Att: Mr. Gerald L. Murphy, Principal

*FAXED TO: 1 918 712 0055 on 7/18/2007 16:44 HRS CDT*

| Description | Amount | Total (U.S. $) |
|---|---|---|
| RE: M/V HAI AN SHENG<br>Completed loading and sailed Dalian, PRC<br>on June 27, 2007<br>ETA Houston July 25, 2007 | | |
| TO: OCEAN FREIGHT as per signed<br>Booking confirmation dd. June 5, 2007<br>and later Amendments as agreed to | | |
| LOADED: 68 units carnival equipment,<br>of which 60 units were loaded<br>under deck and 8 units loaded<br>on deck | | |
| TOTAL: 7,379 CBM including containers | | |
| Lumpsum freight agreed basis 6,800 CBM | $1,150,000.00 | |
| Plus 579 CBM pro rata at $169.12/CBM | $ 97,920.48 | |
| Less: Freight reduction as agreed due to<br>8 units carnival equipment loaded<br>on deck (in protected stow, covered<br>with tarpaulins)<br>8 units @ $10,000.00/each | $ (80,000.00) | |
| 2 days detention due to late arrival of<br>cargo at Port of Dalian<br>2 days @ $25,000.00/day | $ 50,000.00 | $1,217,920.48 |


EXHIBIT 1

PAYMENT DUE UPON RECEIPT OF INVOICE.

BANKING INFORMATION FOR WIRE TRANSFER:
FROST NATIONAL BANK
ABA NO. 114000093
SWIFT CODE: FRSTUS44A
FOR FURTHER CREDIT TO:
  AMERICAN SHIPPING AND CHARTERING
ACCOUNT NO. 560002666

$ <u>1,217,920.48</u>

E.&O.E.